SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JILL M. PIETRINI, Cal. Bar No. 138335
jpietrini@sheppardmullin.com
PAUL A. BOST, Cal. Bar No. 261531
pbost@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701

*Attorneys for Defendants*
Ron Wood, Gallery 319, Artnet Worldwide, San Francisco Art Exchange, and Jack Gallery

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT MATHEU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RON WOOD, an individual; GALLERY 319, a California corporation; BROCK STREET GALLERY, a British corporation; ARTNET WORLDWIDE, a New York corporation;  SAN FRANCISCO ART EXCHANGE, a California corporation; LISS GALLERY, a Canadian corporation; JACK GALLERY, a Nevada corporation; and Does 1-10, inclusive,<br><br>Defendants. | No.  CV10-01007-GAF(VBKx)<br>[Assigned to the Honorable Gary A. Feess, Courtroom 740]<br><br>**DISMISSAL WITH PREJUDICE** |

After consideration of Plaintiff Robert Matheu's ("Plaintiff") and Defendants Ron Wood's Gallery 319's, Artnet Worldwide's, Jack Gallery's, and San Francisco Art Exchange's (collectively, "Defendants") Stipulation Re Dismissal with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED THAT the parties' Stipulation Re Dismissal

MANATT, PHELPS &
  PHILLIPS, LLP
ATTORNEYS AT LAW
  LOS ANGELES

with Prejudice is GRANTED in its entirety. Matheu and Defendants shall bear their respective own costs and attorney's fees in connection with this action and the settlement thereof. This Order of Dismissal shall constitute the final judgment in this action as to Matheu and Defendants, and shall not be subject to appeal by Matheu or Defendants.

IT IS SO ORDERED.

Dated: 1/6/12

Hon. Gary A. Feess
UNITED STATES DISTRICT JUDGE

300948155.1